

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DARIUS LATREA HOWARD AKA DARIUS HOWARD, | § | No. 08-12-00154-CR |
| Appellant, | § | Appeal from the |
| v. | § | 213th District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC#1221982D) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 213th District Court of Tarrant County, Texas, to prepare a supplemental reporter's record with a copy of State's Exhibit 121 (recording). The supplemental reporter's record is due with this Court on or before February 10, 2014.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.